# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, ) <br> PHYSICIANS FOR SOCIAL RESPONSIBILITY ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID BERNHARDT, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1: 21-cv-00175-RC |

## NOTICE OF APPEARANCE

Notice is hereby given that Samantha Ruscavage-Barz, a member of the bar of this court, enters her appearance as counsel of record for Plaintiffs in the above-captioned proceeding. Copies of all further filings, notices, and correspondence should be served upon counsel at the addresses listed below.

Respectfully submitted on this 28th day of January 2021,

*/s/ Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz (Bar No. CO0053)
WildEarth Guardians
301 N. Guadalupe St., Ste. 201
Santa Fe, New Mexico 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz