JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MICHAEL S. SAWYER
MICHELLE-ANN C. WILLIAMS
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202)-514-5273 (Sawyer)
Telephone: (202) 305-0420 (Williams)
Email: michael.sawyer@usdoj.gov
         michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEBRA HAALAND, in her official ) <br> capacity as Secretary of the Interior, *et al.* ) <br> ) <br> Federal Defendants. ) <br> ) | Case No. 1:21-cv-00175-RC <br> The Honorable Rudolph Contreras |

## **NOTICE OF APPEARANCE**

Please enter on the docket the appearance of Michael S. Sawyer as counsel for Federal Defendants Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior, and the United States Bureau of Land Management.

Electronic service should be delivered to michael.sawyer@usdoj.gov, as previously registered in the Electronic Case Filing system.  Service of any papers and correspondence should be addressed to the undersigned counsel as follows:

<u>U.S. Mail (including USPS Priority Mail Services):</u>

Michael Sawyer
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

<u>Express Mail Services or Hand Delivery:</u>

4 Constitution Square
150 M St. NE
Suite 3.116
Washington, D.C. 20002

Respectfully submitted this 26th day of March, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

<u>/s/ Michael S. Sawyer</u>
MICHAEL S. SAWYER
MICHELLE-ANN C. WILLIAMS
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202)-514-5273 (Sawyer)
Telephone:  (202) 305-0420 (Williams)
Fax:  (202) 305-0506
Email: michael.sawyer@usdoj.gov
          michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*