Emily C. Schilling (No. 490483)
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Ph. 801-799-5753 / Fax 202-747-6574
ecschilling@hollandhart.com

Hadassah M. Reimer
(*Admission Application Pending*)
Holland & Hart LLP
25 South Willow Street, Suite 200
Jackson, WY 83001
Ph. 307-739-9741 / Fax 307-739-9744
hmreimer@hollandhart.com

Kristina (Tina) R. Van Bockern
(*Admission Application Pending*)
Kristin A. Nichols
(*Admission Application Pending*)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Ph. 303-295-8000 / Fax 720-545-9952
trvanbockern@hollandhart.com
kanichols@hollandhart.com

*Attorneys for Proposed Defendant-Intervenor NAH Utah, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS; and PHYSICIANS FOR SOCIAL RESPONSIBILITY,<br><br>    Plaintiffs.<br><br>vs.<br><br>DEBRA A. HAALAND,[1] Secretary, U.S. Department of the Interior; and U.S. BUREAU OF LAND MANAGEMENT,<br><br>    Defendants,<br><br>and<br><br>STATE OF WYOMING; and AMERICAN PETROLEUM INSTITUTE,<br><br>    Defendant-Intervenors. | Case No. 1:21-cv-00175-RC<br><br>**NAH UTAH, LLC'S MOTION TO INTERVENE** |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary of the Interior Debra A. Haaland has been automatically substituted for former Secretary David L. Bernhardt.

Pursuant to Rules 24(a)(2) and 24(b)(2) of the Federal Rules of Civil Procedure, Applicant Defendant-Intervenor NAH Utah, LLC ("NAH Utah") respectfully moves this Court for leave to intervene, as a Defendant, in this case. This Motion is supported by the accompanying memorandum of points and authorities and supporting declaration (attached hereto as **Exhibits 1 and 2**, respectively). NAH Utah seeks leave to intervene in this action to defend against all the claims asserted and relief requested as set forth in the Answer attached hereto as **Exhibit 3**. A proposed order granting this Motion is attached hereto for this Court's convenience as **Exhibit 4**.

Pursuant to Local Civil Rule 7(m), counsel for NAH Utah has consulted with counsel for the Plaintiffs and the Defendants prior to filing this Motion to Intervene to ascertain these parties' respective positions. Counsel for Plaintiffs indicated that they take no position on the Motion and reserve the right to file a response. Counsel for Federal Defendants indicated that they take no position on the Motion. Counsel for Defendant-Intervenor State of Wyoming indicated that the State does not object to the Motion. Finally, counsel for Defendant-Intervenor American Petroleum Institute ("API") indicated that API consents to the Motion.

Accordingly, in light of the significant interests NAH Utah has at stake in this litigation, NAH Utah respectfully requests that this Court grant its Motion to Intervene.

Respectfully submitted this 30th day of April, 2021

> */s/ Emily C. Schilling*
> Emily C. Schilling (No. 490483)
> Holland & Hart LLP
> 222 South Main Street, Suite 2200
> Salt Lake City, UT 84101
> Ph. 801-799-5753 / Fax 202-747-6574
> ecschilling@hollandhart.com

1

Hadassah M. Reimer
(*Admission Application Pending*)
Holland & Hart LLP
25 South Willow Street, Suite 200
Jackson, WY 83001
Ph. 307-739-9741 / Fax 307-739-9744
hmreimer@hollandhart.com

Kristina (Tina) R. Van Bockern
(*Admission Application Pending*)
Kristin A. Nichols
(*Admission Application Pending*)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Ph. 303-295-8000 / Fax 720-545-9952
trvanbockern@hollandhart.com
kanichols@hollandhart.com

*Attorneys for Proposed Defendant-Intervenor NAH Utah, LLC*

16578804_v1