JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MICHAEL S. SAWYER
MICHELLE-ANN C. WILLIAMS
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202)-514-5273 (Sawyer)
Telephone: (202) 305-0420 (Williams)
Email: michael.sawyer@usdoj.gov
         michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.* | ) |
| Plaintiffs, | ) Case No. 1:21-cv-00175-RC<br>) The Honorable Rudolph Contreras |
| v. | ) |
| DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.* | ) |
| Federal Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND TIME**
**TO RESPOND TO AMENDED COMPLAINT**

Federal Defendants Debra Haaland, in her official capacity as Secretary of the Interior, and United States Bureau of Land Management ("BLM"), hereby request an enlargement of time of one week for their response to the Amended Complaint, ECF No. 13, in this action. The current deadline for Federal Defendants' response is June 28, 2021 and this requested extension would make Federal Defendants' response due July 6, 2021. The Court previously granted one

extension of ninety days. Undersigned counsel has conferred with counsel for Plaintiffs and Intervenor-Defendants, who indicate that the requested enlargement of time is unopposed.

In support of this motion, Federal Defendants state the one-week extension is necessary to allow sufficient time to prepare response to the allegations in the Amended Complaint. The undersigned counsel has had to respond to three preliminary injunction motions in other cases over the last six weeks, and needs additional time to prepare a response.

Accordingly, Federal Defendants respectfully ask the Court to enter an order enlarging the time for Federal Defendants' response to the Amended Complaint by one week, as set forth in the accompanying proposed order.

Respectfully submitted this 25th day of June, 2021.

> JEAN E. WILLIAMS
> Acting Assistant Attorney General
> Environment & Natural Resources Division
> U.S. Department of Justice
>
> */s/ Michael S. Sawyer*
> MICHAEL S. SAWYER
> MICHELLE-ANN C. WILLIAMS
> Trial Attorneys, Natural Resources Section
> Ben Franklin Station, P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone:   (202)-514-5273 (Sawyer)
> Telephone:   (202) 305-0420 (Williams)
> Fax:         (202) 305-0506
> Email: michael.sawyer@usdoj.gov
>        michelle-ann.williams@usdoj.gov
>
> *Counsel for Federal Defendants*