TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MICHAEL S. SAWYER
MICHELLE-ANN C. WILLIAMS
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202)-514-5273 (Sawyer)
Telephone: (202) 305-0420 (Williams)
Email: michael.sawyer@usdoj.gov
       michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.* ) | |
| ) | Case No. 1:21-cv-00175-RC |
| Plaintiffs, ) | The Honorable Rudolph Contreras |
| ) | |
| v. ) | |
| ) | |
| DEBRA HAALAND, in her official ) | |
| capacity as Secretary of the Interior, *et al.* ) | |
| ) | |
| Federal Defendants. ) | |

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD

Federal Defendants Debra Haaland, in her official capacity as Secretary of the Interior, and United States Bureau of Land Management ("BLM"), hereby request an enlargement of time of thirty days to file a certified list of the contents of the administrative record for the actions challenged in the Amended Complaint, ECF No. 13, in this action. The current deadline for Federal Defendants' response is August 5, 2021 and this requested extension would make

Federal Defendants' response due September 7, 2021. Undersigned counsel has conferred with counsel for Plaintiffs and Intervenor-Defendants, who indicate that the requested enlargement of time is unopposed.

In support of this motion, Federal Defendants state they need additional time to compile the administrative record for the challenged actions, as Plaintiffs challenge at least twenty-eight different agency actions.

Accordingly, Federal Defendants respectfully ask the Court to enter an order enlarging the time for Federal Defendants' to file a certified list of the contents of the administrative record, as set forth in the accompanying proposed order.

Respectfully submitted this 5th day of August, 2021.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER
MICHELLE-ANN C. WILLIAMS
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:   (202)-514-5273 (Sawyer)
Telephone:   (202) 305-0420 (Williams)
Fax:         (202) 305-0506
Email: michael.sawyer@usdoj.gov
       michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*