TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MICHAEL S. SAWYER
MICHELLE-ANN C. WILLIAMS
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-5273 (Sawyer)
Telephone: (202) 305-0420 (Williams)
Email: michael.sawyer@usdoj.gov
         michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*<br><br>Federal Defendants. | Case No. 1:21-cv-00175-RC<br>The Honorable Rudolph Contreras |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY
IN SUPPORT OF FEDERAL DEFENDANTS' MOTION
<u>FOR VOLUNTARY REMAND WITHOUT VACATUR</u>**

Federal Defendants Debra Haaland, in her official capacity as Secretary of the Interior, et al., hereby request an enlargement of time of one week to file a reply in support of their Motion for Voluntary Remand Without Vacatur, ECF No. 43. The current deadline for Federal Defendants' to file such a reply is August 20, 2021 and this requested extension would make

Federal Defendants' response due August 27, 2021.  Undersigned counsel has conferred with counsel for all other parties, who indicate that the requested enlargement of time is unopposed.

In support of this motion, the undersigned counsel states that he needs additional time to draft the reply in light of obligations in other matters, including a court hearing on August 17 and other briefing deadlines on August 20 and August 24.

Accordingly, Federal Defendants respectfully ask the Court to enter an order enlarging by one week the time for Federal Defendants' to file a reply in support of their Motion for Voluntary Remand Without Vacatur, ECF No. 43, as set forth in the accompanying proposed order.

Respectfully submitted this 17th day of August, 2021.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER
MICHELLE-ANN C. WILLIAMS
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:    (202) 514-5273 (Sawyer)
Telephone:    (202) 305-0420 (Williams)
Fax:              (202) 305-0506
Email:  michael.sawyer@usdoj.gov
            michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*