IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS; and <br> PHYSICIANS FOR SOCIAL RESPONSIBILITY <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, Secretary, <br> U.S. Department of the Interior, and <br> U.S. BUREAU OF LAND MANAGEMENT <br><br> Defendants, <br><br> AMERICAN PETROLEUM INSTITUTE; <br> STATE OF WYOMING, <br><br> Intervenor-Defendants. | Case No. 1:21-cv-00175-RC |

**PLAINTIFFS' RESPONSE TO BLM'S MOTION FOR VOLUNTARY REMAND WITHOUT VACATUR**

Plaintiffs WildEarth Guardians and Physicians for Social Responsibility (collectively, "Conservation Groups") respectfully provide this response to BLM's Motion for Voluntary Remand Without Vacatur. ECF No. 43.

As noted in Conservation Groups' Motion to Stay Proceedings, ECF No. 46, currently pending before this Court, Conservation Groups and Federal Defendants have reached an agreement in principle on a framework for a settlement agreement that would result in the stipulated dismissal of this case, as well as two related cases pending before this Court: Nos. 1:16-cv-1724-RC and 1:20-cv-56-RC. However, the Parties need additional time to negotiate the specific language of a final settlement agreement and for Federal Defendants to obtain the higher-level approvals necessary to formally enter into such an agreement.

1

Accordingly, Conservation Groups do not oppose BLM's Motion for Voluntary Remand Without Vacatur, subject to this Court maintaining continuing jurisdiction pending the remand and Conservation Groups' ongoing settlement negotiations with BLM. However, because voluntary remand prior to a final settlement agreement could potentially disrupt the ongoing settlement talks and jeopardize progress toward a final resolution of the case, the Court should defer immediate consideration of BLM's requested remand. Conservation Groups believe that a comprehensive, negotiated resolution of this case would best serve the interests of the Parties and the Court, and that a time-limited stay of the proceedings, as requested by Conservation Groups, ECF No. 46, would be most appropriate in the circumstances.

Respectfully submitted this 10th day of September, 2021,

/s/ Daniel L. Timmons
Daniel L. Timmons
Bar No. NM0002
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
(505) 570-7014
dtimmons@wildearthguardians.org

/s/ Melissa Hornbein
Melissa Hornbein
Bar No. MT0004
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 708-3058
hornbein@westernlaw.org

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz
Bar No. CO0053
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
(505) 410-4180
sruscavagebarz@wildearthguardians.org

/s/ Kyle Tisdel
Kyle Tisdel
Bar No. NM0006
Western Environmental Law Center
208 Paseo del Pueblo Sur, Suite 602
Taos, NM 87571
(575) 613-8050
tisdel@westernlaw.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 10th, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                                                                        */s/ Daniel L. Timmons*
                                                                                        Daniel L. Timmons