IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>Federal Defendants. | Case No. 1:21-cv-175-RC<br>The Honorable Rudolph Contreras |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on October 20, 2021, Plaintiffs and Federal Defendants jointly submit the following status report updating the Court on the status of ongoing settlement negotiations between the parties.

In their August 10, 2021, Plaintiffs filed a Motion to Stay Proceedings in this litigation for 60 days to facilitate settlement negotiations, explaining that Plaintiffs and Federal Defendants had reached an agreement in principle on a framework for a settlement agreement that would result in the stipulated dismissal of this case, as well as two related cases pending before this Court: Case Nos. 1:16-cv-1724-RC and 1:20-cv-56-RC. *See* ECF No. 46. The Parties however needed additional time to negotiate the specific language of a final settlement agreement and for Federal Defendants to obtain the higher-level approvals necessary to formally enter into such an agreement. *Id.*

The Parties are now in the process of negotiating language in a draft proposed settlement agreement circulated by Federal Defendants. The Parties however, have not yet reached mutually

agreeable language and therefore require additional time to continue their efforts toward settlement.

Because the Parties are in the midst of earnest settlement negotiations, and to accommodate the amicable resolution of this litigation and conserve judicial resources, the Parties propose that the Court order them to file a joint status report within forty-five days, proposing a course for further proceedings, if a stipulation of dismissal cannot be filed within this time, on or before December 20, 2021.

Respectfully submitted on this 3rd day of November 2021.

| | |
|---|---|
| */s/ Daniel L. Timmons*<br>Daniel Timmons<br>WildEarth Guardians<br>301 N. Guadalupe Street, Suite 201<br>Santa Fe, NM  87501<br>Tel.: 505-570-7014<br>E-mail: dtimmons@wildearthguardians.org<br><br>Kyle Tisdel<br>Western Environmental Law Center<br>208 Paseo Del Pueblo Sur, No. 602<br>Taos, NM  87571<br>Tel.: (575) 613-4197<br>E-mail: tisdel@westernlaw.org<br><br>Samantha Ruscavage-Barz<br>301 N. Guadalupe St. Suite 201<br>Santa Fe, NM 87501<br>Tel.: (505) 401-4180<br>Fax: (505) 213-1895<br>E-mail: sruscavagebarz@wildearthguardians.org<br><br>*Attorneys for Plaintiffs* | JEAN WILLIAMS<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division<br><br>By */s/ Michelle-Ann C. Williams*<br>MICHELLE-ANN C. WILLIAMS<br>Trial Attorney, Natural Resources Section<br>MICHAEL S. SAWYER<br>Trial Attorney, Natural Resources Section<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel.: 202-305-0420 (Williams)<br>Tel.: 202-514-5273 (Sawyer)<br>E-mail: michelle-ann.williams@usdoj.gov<br>E-mail: michael.sawyer@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 3rd, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                                */s/ Daniel L. Timmons*
                                                Daniel L. Timmons