IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, )<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID BERNHARDT, *et al.*, )<br>)<br>Federal Defendants. )<br>) | Case No. 1:21-cv-175-RC<br>The Honorable Rudolph Contreras |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on February 17, 2022, Plaintiffs, Federal Defendants, and Intervenor-Defendants jointly submit the following status report. Plaintiffs and Federal Defendants report that they have settled this case. Pursuant to that settlement agreement, Plaintiffs are required to move to dismiss the case with prejudice within one week of settlement. Plaintiffs presently anticipate filing that motion by March 4, 2022. At least some Intervenor-Defendants have indicated that they will oppose Plaintiffs' dismissal motion.

Respectfully submitted on this 3rd day of March 2022.

<div style="column-count:2">

 /s/ Daniel L. Timmons
Daniel Timmons
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM  87501
Tel.: 505-570-7014
E-mail: dtimmons@wildearthguardians.org

Kyle Tisdel
Western Environmental Law Center
208 Paseo Del Pueblo Sur, No. 602
Taos, NM  87571
Tel.: (575) 613-4197
E-mail: tisdel@westernlaw.org

Samantha Ruscavage-Barz
301 N. Guadalupe St. Suite 201
Santa Fe, NM 87501
Tel.: (505) 401-4180
Fax: (505) 213-1895
E-mail: sruscavagebarz@wildearthguardians.org

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

By */s/ Michael S. Sawyer*
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: 202-514-5273 (Sawyer)
E-mail: michael.sawyer@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Steven J. Rosenbaum
Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com

*Attorneys for American Petroleum Institute*

/s/ Matt VanWormer
Matt VanWormer, WSB No. 7-5804
Senior Assistant Attorneys General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 telephone
(307) 777-3542 facsimile
matt.vanwormer@wyo.gov

*Counsel for the State of Wyoming*

/s/ Jessica Black Livingston
Jessica Black Livingston

</div>

HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
jessica.livingston@hoganlovells.com
Phone: (303) 899-7300
Facsimile: (303) 899-7333

*Attorneys for Defendant–Intervenor*
*Anschutz Exploration Corporation*

*/s/ Hadassah M. Reimer*
Hadassah M. Reimer (WY002)
Holland & Hart LLP
25 South Willow Street, Suite 200
Jackson, WY 83001
Ph. 307-739-9741 / Fax 307-739-9744
hmreimer@hollandhart.com

Emily C. Schilling (No. 490483)
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Ph. 801-799-5753 / Fax 202-747-6574
ecschilling@hollandhart.com

Kristina (Tina) R. Van Bockern (CO0100)
Kristin A. Nichols (CO0099)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Ph. 303-295-8000 / Fax 720-545-9952
trvanbockern@hollandhart.com
kanichols@hollandhart.com

*Attorneys for Defendant-Intervenor*
*NAH Utah, LLC*