**From:** Bankert, Roger L <rbankert@blm.gov>
**Sent:** Friday, January 28, 2022 9:36 AM
**To:** Donna Bowles <dbowles@nahelium.com>
**Cc:** Vance Blydo <vblydo@nahelium.com>; McDonald, Brandon A <bamcdona@blm.gov>
**Subject:** Re: [EXTERNAL] RE: NAH

Donna

Currently the BLM is in litigation on some leases. Because of all the moving parts in this litigation, including whether supplemental NEPA may be part of any forthcoming settlement, it is BLM's decision to wait and see the final settlement terms and then determine how best to proceed with the pending APDs EA.

Thanks
Roger


Roger L. Bankert
Field Manager
Vernal Field Office
BLM Utah, Interior Region 7
435-781-3416
c 435-299-0410

IDEA - Inclusion, Diversity, Equity, Accessibility