**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WILDEARTH GUARDIANS, *et. al*,            :
                                          :
    Plaintiffs,                           :       Civil Action No.:      21-175 (RC)
                                          :
    v.                                    :       Re Document Nos.:   28, 43, 71, 81
                                          :
DEBRA HAALAND, Secretary of the           :
U.S. Department of the Interior, *et. al*, :
                                          :
    Defendants,                           :
                                          :
    and                                   :
                                          :
AMERICAN PETROLEUM INSTITUTE,             :
*et. al*,                                 :
                                          :
    Intervenor-Defendants.                :

## ORDER

### DISMISSING CASE

Upon consideration of Plaintiff's Motion for Voluntary Dismissal (ECF No. 71) and for

the reasons stated in this Court's contemporaneously issued Memorandum Opinion, it is hereby

**ORDERED** that the motion is **GRANTED**, and this action is **DISMISSED WITH**

**PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).  It is **FURTHER**

**ORDERED** that all other pending motions (ECF Nos. 28, 43, 81) are **DENIED AS MOOT**.

    **SO ORDERED**.


Dated:  June 1, 2022

                                             RUDOLPH CONTRERAS
                                             United States District Judge